|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>----------------------------------- x<br><br>PAUL HAZEN, et al.,<br><br>                Plaintiffs,<br><br>        -against-<br><br>621 EVENTS LLC d/b/a HUDSON TERRACE,<br>MICHAEL SINENSKY & SEAN McGARR,<br><br>                Defendants.<br>----------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 6/12/12<br><br>10 Civ. 7121 (ALC) (AJP)<br><br>**ORDER OF DISMISSAL ON CONSENT** |

**ANDREW J. PECK, United States Magistrate Judge:**

        The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:      New York, New York
                  June 12, 2012

                                                             Andrew J. Peck
                                                             United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                                Judge Andrew L. Carter, Jr.

## JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Matthew D. Kadushin
Michael D. Palmer
Denise A. Schulman

Of Counsel:
Diane Hester
Michael DiChiara*
*Also admitted in NJ & MA

The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
Phone (212) 688-5640
Fax (212) 688-2548
www.jhllp.com

RECEIVED
JUN 12 2012
CHAMBERS OF
ANDREW J. PECK

June 11, 2012

**VIA HAND DELIVERY**

Honorable Andrew J. Peck
United States District Court
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY 10007

      Re:    Hazen *et al.*, v. 621 Events LLC, *et al*
             **Index No.: 10-cv-7121**

Dear Judge Peck:

We represent the Parties in the above-referred matter. We are pleased to inform the Court that the Parties have reached a settlement agreement in principle, subject to finalizing the agreement in writing. As there are approximately forty (40) opt-in Plaintiffs, the Parties are requesting three weeks to draft the Settlement Agreement, and will then submit it to the Court for review.

Thank you for your attention to this matter.

Respectfully submitted,

| MEISTER SEELIG & FEIN LLP | JOSEPH & KIRSCHENBAUM LLP |
|---|---|
| By: Jeffrey A. Kimmel<br>Alyson C. Bruns | By: Maimon Kirschenbaum<br>Matthew Kadushin |
| 140 East 45th St., 19th fl.<br>New York, NY 10017<br>(212) 655-3578 | 233 Broadway, 5th Floor<br>New York, New York 10279<br>(212) 688-5640 |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |